# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## CRIMINAL MINUTE SHEET - Non Evidentiary Proceeding

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO.   CR-25-00040-001-HE |
| **JASON RAY GREEN,** | ) | |
| Defendant. | ) | |

| Government Appearances: | Defendant Appearances: |
|---|---|
| Jordan Ganz, AUSA | Craig Hoehns, Esq. (cja) |

| **Judge Joe Heaton, Presiding** | Date and Time: **09/03/2025 @ 1:30 p.m. to 2:00 p.m.** Total Time: **30 minutes** |
|---|---|
| Lisa Minter, Deputy Clerk | |
| Susan Fenimore, Court Reporter | |

**PROCEEDINGS**:   ☒   **CHANGE OF PLEA HEARING**

Hearing Concluded:   ☒ **yes** ☐ no.

☒   Defendant **SWORN**;
☒   **Entry of Guilty Plea**  ☒  Held on count(s) **Counts 1 of the 2 count Indictment returned 02/05/2025**.
☒   Sentencing Guidelines applicable.
☒   Defendant enters a plea of      ☐ Not Guilty     ☒ **Guilty**     ☐ Nolo
☒   **Waiver of Jury Trial** submitted and filed.
☐   Waiver of Indictment filed;
☐   Plea Agreement accepted; or ☐ Court defers acceptance of the Plea Agreement.
☐   **Plea Agreement filed** (*See* plea agreement for specifics)  ☐ **Plea Supplement filed** under seal.
☒   **Plea Petition filed**;  ☒   **Plea Petition only**.
☒   **Sentencing Hearing** to be set upon filing of the **Final Presentence Report**.
☐   Orders for PSR, Disclosure date and setting sentencing entered.
☐   Order setting conditions of release signed and entered.
☒   Defendant **Remanded to Custody** pending sentencing hearing.
☐   Other:
☒   **Court Adjourned**.